*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

ALBERT JOSEPH FRATARCANGELI,

        Plaintiff-Appellee/Cross-
        Appellant/Cross-Appellee,

v

SARAH MYERS, MICHAEL SUMMERS, JAMES
BOWIE, WILLIAM PERRY, DAVID WEAVER III,
BRANDON HALL, and SAMUEL JAMES,

        Defendants-Appellants/Cross-
        Appellees,

and

OAKLAND COUNTY,

        Defendant/Cross-Appellee,

and

PHILIP DUROCHER and DANIELLE VEATCH,

        Defendants/Cross-Appellants/Cross-
        Appellees.

UNPUBLISHED
April 9, 2020

No. 347390
Oakland Circuit Court
LC No. 2018-166053-CZ

Before: BECKERING, P.J., and SAWYER and GADOLA, JJ.

BECKERING, P.J. (*concurring*).

    I concur in the result only.

                                     /s/ Jane M. Beckering

-1-